**ORIGINAL**

1  JAMES M. LICHTMAN (State Bar No. 188830)
   JENNIFER S. DOMINITZ (State Bar No. 208467)
2  NATIONAL BROADCASTING COMPANY, INC.
   330 Bob Hope Drive, Suite C-205
3  Burbank, California 91523
   (818) 840-3512
4
   Attorneys for Defendants
5  NATIONAL BROADCASTING COMPANY, INC.
   and CNBC/MSNBC, L.L.C.

FILED
CLERK, U S DISTRICT COURT
NOV 30 2001
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

Priority ___
Send ✓
Enter ___
Closed ___
JS-5/JS-6 ✓
JS-2/JS-3 ___
Scan Only ___

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELVIS PRESLEY ENTERPRISES, INC., a Tennessee corporation; NATIONAL BANK OF COMMERCE, co-trustee of the PROMENADE TRUST, a Tennessee trust,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>NATIONAL BROADCASTING COMPANY, INC., a Delaware corporation; CNBC/MSNBC, LLC, a limited liability company and DOES 1 through 10, inclusive,<br><br>　　　　Defendants. | Case No. 01-04127 RJK (CWx)<br><br>STIPULATION AND REQUEST FOR DISMISSAL WITH PREJUDICE; ORDER THEREON |

Plaintiffs Elvis Presley Enterprises, Inc. and National Bank of Commerce, co-trustee of the Promenade Trust, on the one hand, and Defendants National Broadcasting Company, Inc. and CNBC/MSNBC, L.L.C., on the other hand, by and through their respective counsel of record, hereby stipulate and agree as follows:

✓ Docketed
✓ Copies / NTC Sent
✓ JS - 5 / JS - 6
__ JS - 2 / JS - 3
__ CLSD

ENTER ON ICMS

DEC - 3 2001

15

1. Having settled this action for all purposes and with respect to all claims, each of the parties hereby requests a dismissal of the entire action, <u>with prejudice</u>.

2. Each party will bear its own costs incurred in connection with this action, including its attorneys' fees.

DATED: November 14, 2001      MANATT, PHELPS & PHILLIPS, LLP
                              Mark S. Lee

                              By: /s/ Mark S. Lee
                              Mark S. Lee
                              Attorneys for Plaintiffs
                              ELVIS PRESLEY ENTERPRISES,
                              INC. and NATIONAL BANK OF
                              COMMERCE, co-trustee of the
                              PROMENADE TRUST

DATED: November 14, 2001      NATIONAL BROADCASTING
                              COMPANY, INC.
                              James M. Lichtman
                              Jennifer S. Dominitz

                              By: /s/ James M. Lichtman
                              James M. Lichtman
                              Attorneys for Defendants
                              NATIONAL BROADCASTING
                              COMPANY, INC. and
                              CNBC/MSNBC, L.L.C.

2

## ORDER

IT IS ORDERED that case number 01-04127 RJK (CWx) be, and hereby is, dismissed with prejudice as to each claim contained therein, each party to bear its own costs and fees.

DATED: NOV 30 2001, 2001

_____
UNITED STATES DISTRICT JUDGE

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 330 Bob Hope Drive, Suite C-283, Burbank, California 91523.

On November 27, 2001, I served the foregoing document described as STIPULATION AND REQUEST FOR DISMISSAL WITH PREJUDICE; ORDER THEREON on the interested parties in this action by placing a true and correct copy thereof enclosed in a sealed envelope addressed as follows:

> Mark S. Lee, Esq.
> Manatt, Phelps & Phillips, LLP
> 11355 West Olympic Boulevard
> Los Angeles, CA 90064

_X_ (BY MAIL) I am "readily familiar" with National Broadcasting Company, Inc.'s practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Burbank, California, in the ordinary course of business.

Executed on November 27, 2001, at Burbank, California.

_X_ (FEDERAL) I certify that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

_____
LISA ROTHHAMMER